**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| PENNYSAVER USA PUBLISHING, LLC, *et al.*,[1] | ) |
| | ) Case No. 15-11198 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| DON A. BESKRONE, Chapter 7 Trustee of PennySaver USA Publishing, LLC, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Adv. Proc. No. _____ |
| v. | ) |
| | ) |
| HARBOR FREIGHT TOOLS a/k/a HARBOR FREIGHT TOOLS TEXAS, L.P., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff Don A. Beskrone, Chapter 7 Trustee (the "Trustee") for the estates of PennySaver USA Publishing, LLC, *et al.* (collectively, the "Debtors"), by and through his undersigned counsel, hereby avers for his complaint against Harbor Freight Tools, a/k/a Harbor Freight Tools Texas, L.P., ("Defendant"), upon knowledge as to his own actions and upon information and belief as to the actions of others as follows:

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: PennySaver USA, LLC (7098); PennySaver USA Printing, LLC (6144); PennySaver USA Publishing, LLC (1162); Orbiter Properties, LLC (0851); Monthly Mailer, LLC (2804). The Debtors' mailing address was 2830 Orbiter Street, Brea, California 92821.

{01214177;v1 }

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has subject matter jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

2. This adversary proceeding is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter final orders with respect to the relief sought herein.

3. Venue is proper in the Bankruptcy Court pursuant to 28 U.S.C. § 1409(a).

4. Pursuant to Local Bankruptcy Rule 7008-1, the Trustee consents to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

## THE PARTIES

5. The Trustee is the duly appointed Chapter 7 Trustee for the Debtors and the Debtors' estates.

6. Upon information and belief, Harbor Freight Tools, a/k/a Harbor Freight Tools Texas, L.P., is, and at all relevant times was, a Delaware limited partnership.

7. Upon information and belief, Harbor Freight Tools, a/k/a Harbor Freight Tools Texas, L.P., has a mailing address of 26541 Agoura Road, Calabasas, California 91302.

## FACTUAL ALLEGATIONS

8. Founded in 1962, the Debtors were an iconic Southern California company that specialized in the production, printing, and dissemination of a free weekly publication, offering coupons and classified ads to targeted audiences.

9. By 2013, the Debtors' print circulation locally targeted 780 zones or regions and reached approximately 9.1 million California households every week. The Debtors' website, PennySaverUSA.com, received 1 million unique visitors each month. The Debtors offered a full suite of products including print classified ads, online classified ads, flyers and inserts, local business listings, print display advertising, online display advertising, and PowerSites®, among others.

10. By 2015, the Debtors encountered financial difficulties that arose from a number of causes including, among other things: (i) a decline in the print advertising market that corresponded with a rise in electronic media and changing consumer habits, and (ii) a related inability of the Debtors to pay their debts as they came due.

11. On May 29, 2015 (the "Petition Date"), the Debtors filed voluntary petitions under Chapter 7 of the Bankruptcy Code.

12. Thereafter, the United States Trustee for the District of Delaware appointed Don A. Beskrone to serve as the Chapter 7 Trustee in these cases.

13. On June 24, 2015, a meeting of the creditors was held pursuant to section 341(a) of the Bankruptcy Code. On June 29, 2015, each of the Debtors filed its Statement of Financial Affairs and its Schedules of Assets and Liabilities. The Trustee has undertaken an investigation into, among other things, the Debtors' businesses and this Complaint is a result thereof.

14. Prior to the Petition Date, Defendant entered an agreement with Debtor PennySaver USA Publishing, LLC ("Pennysaver Publishing") whereby Pennysaver Publishing agreed to provide advertising services to Defendant in exchange for an agreed-upon amount in payment from Defendant (the "Agreement").

15. Pennysaver Publishing provided the agreed-upon advertising services to Defendant.

16. Upon information and belief, Defendant received bills sent by the Debtor(s) requesting payment for the rendered advertising services. Upon information and belief, Defendant did not dispute any bill.

17. Despite receiving the rendered (and agreed-upon) advertising services and a bill requesting payment, Defendant has failed to make full payment.

18. Defendant owes Pennysaver Publishing $318,317.86 for the services rendered by Pennysaver Publishing.

## CLAIM FOR RELIEF COUNT I

### (Payment for Services Rendered)

19. The Trustee re-incorporates the foregoing paragraphs as if fully re-stated herein.

20. Defendant entered an agreement with Pennysaver Publishing whereby Pennysaver Publishing agreed to provide advertising services to Defendant in exchange for which Defendant agreed to pay a certain sum to Pennysaver Publishing.

21. Defendant received the agreed-upon advertising services in accordance with the Agreement.

22. Despite receiving bills requesting payment and not disputing those bills, Defendant has failed to make full payment of the amount owed to Pennysaver Publishing.

23. Pennysaver Publishing was damaged by Defendant's failure to pay for the rendered advertising services in the amount of no less than $318,317.86.

**PRAYER FOR RELIEF**

**WHEREFORE**, the Trustee, on behalf of the Debtors' estates, requests that this Court enter judgment in his favor and against Defendant awarding $318,317.86, pre-and post-judgment interest, and such other relief as the Court deems just and proper.

| | |
|---|---|
| Dated:  May 26, 2017 | ASHBY & GEDDES, P.A.<br><br> */s/ Hayley M. Lenahan*<br>Ricardo Palacio (#3765)<br>Andrew D. Cordo (#4534)<br>Lauren Dunkle Fortunato (#6031)<br>Hayley M. Lenahan (#6174)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>rpalacio@ashbygeddes.com<br>acordo@ashbygeddes.com<br>lfortunato@ashbygeddes.com<br>hlenahan@ashbygeddes.com<br><br>*Counsel for Don A. Beskrone,*<br>*Chapter 7 Trustee* |